535-07/MEU

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
PHOENIX SHIPPING CORPORATION
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PHOENIX SHIPPING CORPORATION,

                                        Plaintiff,

            - against –

NAMAHCHEM (PTY) LIMITED,

                                        Defendant.
----------------------------------------------------------------x

**07 CIV.**            (            )

**RULE 7.1 STATEMENT**

        PHOENIX SHIPPING CORPORATION, by and through its undersigned

attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate

parents, and that no publicly-held corporation owns 10% or more of the stock of the

company.

Dated: New York, New York
        October 23, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        PHOENIX SHIPPING CORPORATION

        By:    _____
                        Michael E. Unger (MU 0045)
                        80 Pine Street
                        New York, NY 10005
                        Telephone: (212) 425-1900
                        Facsimile: (212) 425-1901

NYDOCS1/292266.1